[Docket No. 22.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| MONIC SERRANO and DEBRA SHAW, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAMPBELL SOUP COMPANY,<br><br>　　　　　Defendant. | Civil No. 24-cv-4660 (RMB) (MJS)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant Campbell Soup Company's (Campbell) motion to dismiss (Docket No. 22), and the Court having reviewed Campbell's moving papers, and Plaintiffs Monic Serrano's and Debra Shaw's opposition thereto, and for the reasons stated in the accompanying Opinion of today's date, and for other good cause shown,

**IT IS** on this **27th** day of **March**, **2025**, hereby:

**ORDERED** that the Court **GRANTS**, **in part**, and **DENIES**, **in part**, Campbell's motion to dismiss (Docket No. 22); and it is further

**ORDERED** that Campbell's motion to dismiss Plaintiffs' claim under the Unlawful Prong of California's Unfair Competition Law, Cal. Bus. & Prof. §§ 17200 *et seq.* (Third Cause of Action) is **DENIED**; and it is further

**ORDERED** that the Plaintiffs' claims brought on behalf of the nationwide classes, including their claim under New Jersey's Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8-1 *et*

*seq.* (First Cause of Action), and claims brought on behalf of the multistate-law classes are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs' claim for injunctive relief is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs' claims under California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.* (Second Cause of Action), California's Unfair Competition Law, Cal. Bus. & Prof. §§ 17200 *et seq.* (Third Cause of Action – Unfair/Fraudulent Prongs), and California's False Advertising Law, Cal. Bus. & Prof. §§ 17500 *et seq.* (Fourth Cause of Action) are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs' Breach of Express Warranties (Fifth Cause of Action), Breach of Implied Warranties (Sixth Cause of Action), Intentional and Negligent Misrepresentation (Seventh and Eighth Causes of Action), and Fraud claims (Ninth and Tenth Causes of Action) are **DISMISSED WITHOUT PREJUDICE**; and it is finally

**ORDERED** that within 14 days of this Order, the parties shall submit a proposed case management order to Magistrate Judge Matthew J. Skahill providing dates to complete the expedited discovery that this Court has ordered on the Complaint's malic acid allegations.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
