UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**             **DATE OF PROCEEDINGS**

**COURT REPORTER: JOHN J. KURZ**             May 7, 2025

Docket No. 24-cv-04660(RMB/MJS)

**TITLE OF CASE:**

**SERRANO, ET AL., VS. CAMPBELL SOUP COMPANY**

**APPEARANCES:**

Lee Albert, Esquire, for plaintiffs
Thomas J. Scrivo, Esquire for defendant

**NATURE OF PROCEEDINGS:**

Return Day of Order to Show Cause why the Court should not find that the plaintiffs have abused the judicial process, thereby warranting sanctions.

**DISPOSITION:**

ORDERED case be put on administrative hold for three months and all deadlines tolled.
ORDERED Joint Status letter be submitted to the Court by no later than July 7, 2025.
Order to be entered.

Time commenced: 3:05p.m.                    Time Adjourned: 3:50 p.m.

Total Minutes: 50 min.

s/Barbara Fisher
DEPUTY CLERK